UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-23208-CV-WILLIAMS/TORRES

YVENOR MORESCA,

      Plaintiff,

vs.

VISUALSCAPE INC.,
and IVAN CARLOS VILA,

      Defendants.

_____/

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by United States District Judge Kathleen M. Williams (D.E. #7), a settlement conference in this matter is scheduled before United States Magistrate Judge Edwin G. Torres at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor – Courtroom 5, Miami, FL  33132 on **Wednesday, October 24 2018 at 2:30 p.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record.  Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

DONE in Miami, Florida this  7th  day of September 2018.

STEVEN M. LARIMORE
CLERK OF COURT
Maedon Clark, Deputy Clerk

---

[1] The attorneys for both parties are advised to instruct their clients that NO CELL PHONES may be brought into the Courthouse by non-attorneys and that they are required to bring PHOTO IDENTIFICATION.